No. 5725.   CASH *v.* TENNESSEE.   Ct. Crim. App. Tenn. Certiorari denied.

No. 5781.   ARNOLD *v.* GEORGIA BOARD OF PARDONS AND PAROLES.   C. A. 5th Cir.   Certiorari denied.

No. 5843.   CHAPMAN *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 5879.   ARNOLD *v.* SMITH, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 5892.   TSERMENGAS *v.* MICHIGAN.   Sup. Ct. Mich.   Certiorari denied.

No. 5895.   SMITH *v.* CADY.   C. A. 7th Cir.   Certiorari denied.

No. 5899.   BEVERLY *v.* WISCONSIN.   Sup. Ct. Wis. Certiorari denied.

No. 5902.   SKINNER *v.* OKLAHOMA ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 5906.   HUSSEY *v.* LaVALLEE, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 5907.   LOHMAN *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 5914.   HALL *v.* REA ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 5915.   VISCONTI *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 5919.   DURSO ET AL. *v.* PATE, WARDEN.   C. A. 7th Cir.   Certiorari denied.